Opinion issued July 26, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00365-CV






JUAN CISNEROS AND MARTHA CISNEROS, Appellant


V.


KEN J. MCLEAN, Appellee






On Appeal from the 157th District Court

Harris County, Texas

Trial Court Cause No. 2004-53343






MEMORANDUM OPINION Appellants Juan Cisneros and Martha Cisneros have neither established
indigence, nor paid all the required fees. See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent), 20.1 (listing requirements for establishing
indigence); see also Tex. Gov't Code Ann. §§ 51.207, 51.941(a), 101.041 (Vernon
2006) (listing fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees in
court of appeals). After being notified that this appeal was subject to dismissal,
appellant Juan Cisneros and Martha Cisneros did not adequately respond. See Tex.
R. App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal
of case).

 The appeal is dismissed for nonpayment of all required fees. All pending
motions are denied.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.